IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MICHAEL JEROME JOHNSON, )
)
    Plaintiff, )
)
v. ) CASE NO. CV418-115
)
ANDREW SAUL, Commissioner of the )
Social Security Administration, )
)
    Defendant. )
_____)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 19), to which no objections have been filed. After a careful review of the record, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case. Pursuant to 42 U.S.C. § 405(g), this case is **REMANDED** to the Administrative Law Judge ("ALJ"). On remand, the ALJ is **DIRECTED** to evaluate and address all medical opinion evidence in the record in determining Plaintiff's residual functioning capacity and determine whether to credit or discredit the medical evidence concerning Plaintiff's gout. The Clerk of Court is **DIRECTED** to enter **JUDGMENT** consistent with this Order and to close this case.

SO ORDERED this 19th day of February 2020.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA