# United States District Court
## Southern District of Georgia

MICHAEL JEROME JOHNSON,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV418-115

ANDREW SAUL, Coinmissioner of the
Social Security Administration,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated February 19, 2020 adopting the Report and

Recommendations of the U.S. Magistrate Judge as the opinion of this Court, this case is

REMANDED to the Administrative Law Judge. This case stands Closed



February 20, 2020             Scott L. Poff
*Date*             *Clerk*

*James R. Burrell*

*(By) Deputy Clerk*