UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANAH DIVISION

| | |
|---|---|
| MICHAEL J. JOHNSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 4:18-cv-115 |
| | ) |
| ANDREW SAUL, | ) |
| *Commissioner of Social Security*, | ) |
| | ) |
|     Defendant. | ) |

## **CONSENT ORDER**

This matter is before the Court by joint stipulation of the parties. Doc. 24. The parties state the following:

1. Defendant agrees that Plaintiff is entitled to attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. 2412(d).

2. Defendant agrees that Plaintiff will be awarded fees in the amount of $1,699.96, as a reasonable attorney fee.

3. Any payment shall be made payable to Plaintiff and delivered to Plaintiff's attorney, unless Plaintiff does not owe a federal debt. *See Astrue v. Ratliff*, 130 S. Ct. 1521, 2525-26 (2010). If the United States Department of the Treasury determines that Plaintiff does not owe a federal debt, the government will accept the assignment of EAJA fees and pay such fees directly to Plaintiff's attorney: Christopher Lane Rouse 602 Montgomery Street Savannah, Georgia 31401.

4. Plaintiff further agrees that this will be the only petition for attorney's fees filed by Plaintiff in the instant proceeding under 28 U.S.C. § 2412(d).

5. Plaintiff hereby withdraws his Application for Attorney Fees Under the EAJA (Doc. 22) and substitutes this joint stipulation for his motion.

Given this Stipulation, the Court DENIES as WITHDRAWN Plaintiff's earlier motion for attorney's fees (doc. 22) and AWARDS Plaintiff $1,699.96 in attorney fees, under the EAJA in accordance with the terms set forth herein.

So **ORDERED** this 28th day of April, 2020.

_____
United States Magistrate Judge

**CONSENTED TO:**

Dated: 3/30/2020

*/s/ Christopher Lane Rouse*
Signed with express permission
Christopher Lane Rouse
602 Montgomery Street
Savannah, Georgia 31401
Georgia Bar No. 616521

Dated: 3/30/2020

BOBBY L. CHRISTINE
United States Attorney

*/s/ O. Woelke Leithart*
O. Woelke Leithart
Assistant United States Attorney
Southern District of Georgia
Idaho Bar No. 9257

Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 652-4422
woelke.leithart@usdoj.gov

Of Counsel for the Defendant:

Christopher G. Harris, Regional Chief Counsel
Natalie K. Jemison, Assistant Regional Counsel
Social Security Administration
Office of the General Counsel, Region IV
61 Forsyth Street, S.W., Suite 20T45
Atlanta, Georgia  30303-8920